KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNGEN, INC., et al. <br><br> Defendants. | Case No. 2:14-CV-2085 GEB/KJN <br><br> **SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Judge:    Hon. Garland E. Burrell, Jr <br><br> Date Filed: September 9, 2014 <br><br> Trial Date: None Set |

   Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical, Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

   WHEREAS, on September 9, 2014, Cesca filed its Complaint in the above-captioned matter;

   WHEREAS, on September 23, 2014, the parties filed a joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by 28 days, pursuant to Local Rule 144(a);

   WHEREAS, the parties have agreed to further extend Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days, pursuant to Local Rule 144(a);

NOW, THEREFORE, it is hereby stipulated and agreed that:

With permission of the Court, Defendants shall have until and including November 19, 2014 to answer or otherwise respond to Cesca's Complaint.

Dated: October 21, 2014					KEKER & VAN NEST LLP

							By:	*/s/ Stuart L. Gasner*
								STUART L. GASNER
								MATAN SHACHAM

								Attorneys for Defendants
								SYNGEN, INC., PHC MEDICAL, INC.
								PHILIP COELHO, TERRENCE WOLF,
								and PRINCE EMMANUEL

Dated: October 21, 2014					PAUL HASTINGS LLP

							By:	*/s/ Robert M. Masters (with permission)*
								ROBERT M. MASTERS

								Attorneys for Plaintiff
								CESCA THERAPEUTICS INC

**IT IS SO ORDERED.**

Dated: October 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

2
SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:14-CV-2085 GEB/KJN

873133