KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC., | Case No. 2:14-CV-2085 GEB/KJN |
| Plaintiff, | **THIRD JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SYNGEN, INC., et al. | Judge:       Hon. Garland E. Burrell, Jr |
| Defendants. | Date Filed: September 9, 2014 |
| | Trial Date: None Set |

1   Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical,
2   Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and
3   through their respective counsel, hereby stipulate as follows:
4   WHEREAS, on September 9, 2014, Cesca filed its Complaint in the above-captioned
5   matter;
6   WHEREAS, on September 23, 2014, the parties filed a joint stipulation extending
7   Defendants' time to answer or otherwise respond to Cesca's Complaint by 28 days, pursuant to
8   Local Rule 144(a);
9   WHEREAS, on October 21, 2014, the parties filed a second joint stipulation extending
10  Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days,
11  pursuant to Local Rule 144(a);
12  WHEREAS, Weintraub Tobin Chediak Coleman Grodin and Paul Hastings LLP, counsel
13  for Cesca, will be withdrawing from this case, and
14  WHEREAS, in light of this withdrawal, the parties have agreed to extend Defendants'
15  time to answer or otherwise respond to Cesca's Complaint by another 21 days
16  //
17  //

NOW, THEREFORE, it is hereby stipulated and agreed that:

With permission of the Court, Defendants shall have until and including December 10, 2014 to answer or otherwise respond to Cesca's Complaint.

Dated:  November 13, 2014                    KEKER & VAN NEST LLP

By:  */s/ Stuart L. Gasner*
STUART L. GASNER
ERIC H. MACMICHAEL
MATAN SHACHAM

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

Dated:  November 13, 2014                    WEINTRAUB TOBIN CHEDIAK
                                             COLEMAN GRODIN

By:  */s/ Charles L. Post (with permission)*
CHARLES L. POST

Attorneys for Plaintiff
CESCA THERAPEUTICS INC

Dated:  November 13, 2014                    PAUL HASTINGS LLP

By:  */s/ Robert M. Masters (with permission)*
ROBERT M. MASTERS

Attorneys for Plaintiff
CESCA THERAPEUTICS INC

**IT IS SO ORDERED.**

**Dated:  November 13, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge