KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC., | Case No. 2:14-CV-2085 GEB/KJN |
| Plaintiff, | **JOINT STIPULATION TO RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES** |
| v. | |
| SYNGEN, INC., et al. | Judge:    Hon. Garland E. Burrell, Jr |
| Defendants. | Date Filed: September 9, 2014 |
| | Trial Date: None Set |

Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical, Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 9, 2014, Cesca filed its Complaint in the above-captioned matter;

WHEREAS, pursuant to the Court's September 9, 2014 Order Setting Status (Pretrial Scheduling) Conference (Dkt. 4), a status conference was set for December 15, 2014 at 9:00 AM;

WHEREAS, pursuant to the above-referenced order, Local Rule 240, and Rule 26 of the Federal Rules of Civil Procedures, the following related deadlines were set: the deadline for the parties to hold a Rule 26(f) conference is November 24, 2014; the deadline for the parties to file a Joint Status Report is December 1, 2014; and the deadline for the parties to exchange initial disclosures is December 8, 2014.

WHEREAS, the parties have filed three joint stipulations extending Defendants' time to answer or otherwise respond to Cesca's Complaint under Local Rule 144(a);

WHEREAS, Weintraub Tobin Chediak Coleman Grodin and Paul Hastings LLP, counsel for Cesca, will be withdrawing from this case, and

WHEREAS, in light of this withdrawal, the parties have further agreed to push back by six weeks the status conference and the related deadlines.

//

//

882143

1  NOW, THEREFORE, it is hereby stipulated and agreed that:

2  With permission of the Court: the status conference shall be rescheduled for January 26, 2015 at 9:00 AM; the deadline for the parties to hold a Rule 26(f) conference shall be January 5, 2015; the deadline for the parties to file a Joint Status Report shall be January 12, 2015; and the deadline for the parties to exchange initial disclosures shall be January 19, 2015.

Dated:  November 21, 2014                KEKER & VAN NEST LLP

By:  */s/ Stuart L. Gasner*
STUART L. GASNER
ERIC H. MACMICHAEL
MATAN SHACHAM

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

Dated:  November 21, 2014                WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN

By:  */s/ Charles L. Post (with permission)*
CHARLES L. POST

Attorneys for Plaintiff
CESCA THERAPEUTICS INC

Dated:  November 21, 2014                PAUL HASTINGS LLP

By:  */s/ Robert M. Masters (with permission)*
ROBERT M. MASTERS

Attorneys for Plaintiff
CESCA THERAPEUTICS INC

The pretrial scheduling conference is continued to January 26, 2015, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.
**IT IS SO ORDERED.**

**Dated:  November 26, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

JOINT STIPULATION TO RESCHEDULE
Case No. 2:14-CV-2085 GEB/KJN

882143