KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC., | Case No. 2:14-CV-2085 GEB/KJN |
| Plaintiff, | **FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SYNGEN, INC., et al. | Judge:    Hon. Garland E. Burrell, Jr |
| Defendants. | Date Filed: September 9, 2014 |
| | Trial Date: None Set |

1

FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:14-CV-2085 GEB/KJN

884523

Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical, Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 9, 2014, Cesca filed its Complaint in the above-captioned matter;

WHEREAS, on September 23, 2014, the parties filed a joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by 28 days, pursuant to Local Rule 144(a);

WHEREAS, on October 21, 2014, the parties filed a second joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days, pursuant to Local Rule 144(a);

WHEREAS, on November 13, 2014, the parties filed a third joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days, pursuant to Local Rule 144(a);

WHEREAS, Weintraub Tobin Chediak Coleman Grodin and Paul Hastings LLP, counsel for Cesca, will be withdrawing from this case, and

WHEREAS, in light of this withdrawal and because new counsel for Cesca has not yet appeared, the parties have agreed to extend Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days.

//
//

NOW, THEREFORE, it is hereby stipulated and agreed that:

With permission of the Court, Defendants shall have until and including December 31, 2014 to answer or otherwise respond to Cesca's Complaint.

Dated: December 8, 2014                          KEKER & VAN NEST LLP

By:  */s/ Stuart L. Gasner*
     STUART L. GASNER
     ERIC H. MACMICHAEL
     MATAN SHACHAM

     Attorneys for Defendants
     SYNGEN, INC., PHC MEDICAL, INC.
     PHILIP COELHO, TERRENCE WOLF,
     and PRINCE EMMANUEL

Dated: December 8, 2014                          WEINTRAUB TOBIN CHEDIAK
                                                 COLEMAN GRODIN

By:  */s/ Charles L. Post (with permission)*
     CHARLES L. POST

     Attorneys for Plaintiff
     CESCA THERAPEUTICS INC

Dated: December 8, 2014                          PAUL HASTINGS LLP

By:  */s/ Robert M. Masters (with permission)*
     ROBERT M. MASTERS

     Attorneys for Plaintiff
     CESCA THERAPEUTICS INC

**IT IS SO ORDERED.**

Dated: December 9, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3
FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. 2:14-CV-2085 GEB/KJN

884523