KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>SYNGEN, INC., et al.<br><br>            Defendants. | Case No. 2:14-CV-2085 GEB/KJN<br><br>**FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES**<br><br>Judge:     Hon. Garland E. Burrell, Jr<br><br>Date Filed: September 9, 2014<br><br>Trial Date: None Set |

1
FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO
RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES
Case No. 2:14-CV-2085 GEB/KJN

887831

Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical, Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 9, 2014, Cesca filed its Complaint in the above-captioned matter;

WHEREAS, on September 23, 2014, the parties filed a joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by 28 days, pursuant to Local Rule 144(a);

WHEREAS, on October 21, 2014, the parties filed a second joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days, pursuant to Local Rule 144(a);

WHEREAS, on November 13, 2014, the parties filed a third joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days, pursuant to Local Rule 144(a);

WHEREAS, on December 8, 2014, the parties filed a fourth joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint to December 31, 2014, pursuant to Local Rule 144(a);

WHEREAS, Knobbe Martens LLP recently appeared as counsel for Cesca and Cesca's prior counsel at Weintraub Tobin Chediak Coleman Grodin and Paul Hastings LLP recently withdrew from this case, and

WHEREAS, in light of the recent appearance of new counsel for Cesca, the parties have agreed to extend Defendants' time to answer or otherwise respond to Cesca's Complaint by another 30 days.

WHEREAS, in light of the appearance of new counsel for Cesca and the need to extend Defendants' time to answer or otherwise respond to the complaint, the parties have further agreed to push back the status conference currently scheduled for January 26, 2015, and the related deadlines.

2
FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO
RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES
Case No. 2:14-CV-2085 GEB/KJN

887831

1  NOW, THEREFORE, it is hereby stipulated and agreed that:

2  With permission of the Court: Defendants shall have until and including January 30, 2015
3  to answer or otherwise respond to Cesca's Complaint.  The status conference shall be rescheduled
4  for March 10, 2015 at 9:00 AM; the deadline for the parties to hold a Rule 26(f) conference shall
5  be February 13, 2015; the deadline for the parties to file a Joint Status Report shall be February
6  20, 2015; and the deadline for the parties to exchange initial disclosures shall be February 27,
7  2015.

9  Dated:  December 23, 2014                                KEKER & VAN NEST LLP

11                                                     By:   */s/ Stuart L. Gasner*
                                                            STUART L. GASNER
12                                                          ERIC H. MACMICHAEL
                                                            MATAN SHACHAM

                                                            Attorneys for Defendants
14                                                          SYNGEN, INC., PHC MEDICAL, INC.
                                                            PHILIP COELHO, TERRENCE WOLF,
15                                                          and PRINCE EMMANUEL

16  Dated:  December 23, 2014                               KNOBBE MARTENS LLP

18                                                     By:   */s/ Michael Friedland (with permission)*
                                                            MICHAEL FRIEDLAND

                                                            Attorneys for Plaintiff
20                                                          CESCA THERAPEUTICS INC

**IT IS SO ORDERED.**

23  Dated:  December 31, 2014

                                                            _____
                                                            GARLAND E. BURRELL, JR.
27                                                          Senior United States District Judge

3

FIFTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO
RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES
Case No. 2:14-CV-2085 GEB/KJN

887831