KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>SYNGEN, INC., et al.<br><br>           Defendants. | Case No. 2:14-CV-2085 GEB/KJN<br><br>**SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES**<br><br>Judge:      Hon. Garland E. Burrell, Jr<br><br>Date Filed: September 9, 2014<br><br>Trial Date: None Set |

Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical, Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on September 9, 2014, Cesca filed its Complaint in the above-captioned matter;

WHEREAS, on September 23, 2014, the parties filed a joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by 28 days, pursuant to Local Rule 144(a);

WHEREAS, on October 21, 2014, the parties filed a second joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days, pursuant to Local Rule 144(a);

WHEREAS, on November 13, 2014, the parties filed a third joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint by another 21 days, pursuant to Local Rule 144(a);

WHEREAS, on December 8, 2014, the parties filed a fourth joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint to December 31, 2014, pursuant to Local Rule 144(a);

WHEREAS, on December 23, 2014, the parties filed a fourth joint stipulation extending Defendants' time to answer or otherwise respond to Cesca's Complaint to January 30, 2015 and also to reschedule the status conference and related deadlines, pursuant to Local Rule 144(a);

WHEREAS, Knobbe Martens LLP recently appeared as counsel for Cesca, and Cesca's prior counsel at Weintraub Tobin Chediak Coleman Grodin and Paul Hastings LLP recently withdrew from this case, and

WHEREAS, in light of the recent appearance of new counsel for Cesca, the parties have agreed to extend Defendants' time to answer or otherwise respond to Cesca's Complaint by another 30 days.

WHEREAS, in light of the appearance of new counsel for Cesca and the need to extend Defendants' time to answer or otherwise respond to the complaint, the parties have further agreed

2
SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES
Case No. 2:14-CV-2085 GEB/KJN

898469

to push back the status conference currently scheduled for March 9, 2015 and the related deadlines.

NOW, THEREFORE, it is hereby stipulated and agreed that:

With permission of the Court: Defendants shall have until and including March 2, 2015 to answer or otherwise respond to Cesca's Complaint.  The status conference shall be rescheduled for April 20, 2015 at 9:00 AM; the deadline for the parties to hold a Rule 26(f) conference shall be March 23, 2015; a joint status report shall be filed fourteen days prior to the scheduling conference; and the deadline for the parties to exchange initial disclosures shall be April 6, 2015.

Dated:  January 28, 2015                                       KEKER & VAN NEST LLP

                                                                By:   */s/ Stuart L. Gasner*
                                                                       STUART L. GASNER
                                                                       ERIC H. MACMICHAEL
                                                                       MATAN SHACHAM

                                                                       Attorneys for Defendants
                                                                       SYNGEN, INC., PHC MEDICAL, INC.
                                                                       PHILIP COELHO, TERRENCE WOLF,
                                                                       and PRINCE EMMANUEL

Dated:  January 28, 2015                                       KNOBBE MARTENS LLP

                                                                By:   */s/ Ali Razai (with permission)*
                                                                       ALI RAZAI

                                                                       Attorneys for Plaintiff
                                                                       CESCA THERAPEUTICS INC

**IT IS SO ORDERED.**

Dated:  January 29, 2015

                                                                _____
                                                                GARLAND E. BURRELL, JR.
                                                                Senior United States District Judge

3

SIXTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO
RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES
Case No. 2:14-CV-2085 GEB/KJN

898469