UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESCA THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNGEN INC., a California corporation; PHC MEDICAL, INC., a California corporation; PHILIP COELHO, an individual; TERRENCE WOLF, an individual; PRINCE EMMANUEL, an individual; and DOES 1 through 10, inclusive; <br><br> Defendants. | No.  2:14-cv-02085-GEB-KJN <br><br> **ORDER** |

The joint stipulation filed March 23, 2015, (ECF No. 34), reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 20, 2015, is continued to June 22, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, in light of the stipulation the pending motion to compel arbitration, (ECF No. 31), is deemed withdrawn; therefore, the April 13, 2015 hearing on that motion is vacated.

IT IS SO ORDERED.

Dated:  March 25, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1