Steven J. Nataupsky (SBN. 155,913)
steven.nataupsky@knobbe.com
Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Jenna C. Kelleher (SBN 294,034)
jenna.kelleher@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949)760-0404
Facsimile: (949)760-9502

Attorneys for Plaintiff,

CESCA THERAPEUTICS INC.

KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

GORDON & REES LLP
ROBERT P. ANDRIS - # 130290
randris@gordonrees.com
MICHAEL D. KANACH - # 271215
mkanach@gordonrees.com
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:    415 986 5900
Facsimile:     415 986 8054

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC.
PHILIP COELHO, TERRENCE WOLF,
and PRINCE EMMANUEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SYNGEN, INC., et al.<br><br>            Defendants. | Case No. 2:14-CV-2085 GEB/KJN<br><br>**JOINT STIPULATION TO RESCHEDULE STATUS CONFERENCE AND RELATED DEADLINES**<br><br>Judge:       Hon. Garland E. Burrell, Jr<br><br>Date Filed: September 9, 2014<br><br>Trial Date: None Set |

Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical, Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the parties are currently scheduled to have a status conference with the Court on June 22, 2015, and are scheduled to file a joint status report by June 8, 2015;

WHEREAS, the current deadline for the parties to hold a Rule 26(f) conference is June 1, 2015, and the current deadline for the parties to exchange initial disclosures is June 15, 2015;

WHEREAS, the parties are currently engaged in settlement discussions and have scheduled a mediation on June 30, 2015 in an effort to resolve this matter;

WHEREAS, in light of the parties' effort to conduct a mediation, the parties have agreed to continue the status conference currently scheduled for June 22, 2015, along with the related deadlines.

NOW, THEREFORE, it is hereby stipulated and agreed that:

With permission of the Court: The status conference scheduled for June 22, 2015 shall be rescheduled for July 27, 2015; the parties shall file a joint status report by July 13, 2015; the deadline for the parties to hold a Rule 26(f) conference shall be July 6, 2015, and the deadline for the parties to exchange initial disclosures shall be July 20, 2015.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| Dated:  May 29, 2015 | | KEKER & VAN NEST LLP |
| | By: | */s/ Stuart L. Gasner* |
| | | STUART L. GASNER |
| | | ERIC H. MACMICHAEL |
| | | MATAN SHACHAM |
| | | |
| | | GORDON & REES LLP |
| | | ROBERT P. ANDRIS |
| | | randris@gordonrees.com |
| | | MICHAEL D. KANACH |
| | | mkanach@gordonrees.com |
| | | 275 Battery Street, Suite 2000 |
| | | San Francisco, CA  94111 |
| | | Telephone:    415 986 5900 |
| | | Facsimile:     415 986 8054 |
| | | |
| | | Attorneys for Defendants |
| | | SYNGEN, INC., PHC MEDICAL, INC. |
| | | PHILIP COELHO, TERRENCE WOLF, |
| | | and PRINCE EMMANUEL |
| Dated:  May 29, 2015 | | KNOBBE MARTENS LLP |
| | By: | */s/ Ali Razai (with permission)* |
| | | ALI RAZAI |
| | | |
| | | Attorneys for Plaintiff |
| | | CESCA THERAPEUTICS INC |

The pretrial scheduling conference is rescheduled for August 3, 2015, at 9:00 a.m.  A joint status  report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated:  May 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge