| | |
|---|---|
| Steven J. Nataupsky (SBN. 155,913)<br>steven.nataupsky@knobbe.com<br>Michael K. Friedland (SBN 157,217)<br>michael.friedland@knobbe.com<br>Ali S. Razai (SBN 246,922)<br>ali.razai@knobbe.com<br>Jenna C. Kelleher (SBN 294,034)<br>jenna.kelleher@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614<br>Phone: (949)760-0404<br>Facsimile: (949)760-9502<br><br>Attorneys for Plaintiff,<br><br>CESCA THERAPEUTICS INC. | KEKER & VAN NEST LLP<br>STUART L. GASNER - # 164675<br>sgasner@kvn.com<br>ERIC H. MACMICHAEL - #231697<br>emacmichael@kvn.com<br>MATAN SHACHAM - # 262348<br>mshacham@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>GORDON & REES LLP<br>ROBERT P. ANDRIS - # 130290<br>randris@gordonrees.com<br>MICHAEL D. KANACH - # 271215<br>mkanach@gordonrees.com<br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone:    415 986 5900<br>Facsimile:     415 986 8054<br><br>Attorneys for Defendants<br>SYNGEN, INC., PHC MEDICAL, INC.<br>PHILIP COELHO, TERRENCE WOLF,<br>and PRINCE EMMANUEL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>SYNGEN, INC., et al.<br><br>         Defendants. | Case No. 2:14-CV-2085 GEB/KJN<br><br>**JOINT STIPULATION TO EXTEND DEADLINES**<br><br>Judge:       Hon. Garland E. Burrell, Jr<br><br>Date Filed: September 9, 2014<br><br>Trial Date: None Set |

1  Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical,
2  Inc., Philip Coelho, Terrence Wolf, and Prince Emmanuel (collectively "Defendants"), by and
3  through their respective counsel, hereby stipulate as follows:

4  WHEREAS, the parties are currently scheduled to have a status conference with the Court
5  on August 3, 2015, and are scheduled to file a joint status report by July 20, 2015;

6  WHEREAS, the current deadline for the parties to hold a Rule 26(f) conference is July 13,
7  2015, and the current deadline for the parties to exchange initial disclosures is July 27, 2015;

8  WHEREAS, the parties conducted a mediation before Judge Tevrizian in Los Angeles on
9  June 30, 2015, during which the parties made substantial progress towards an amicable
10 resolution, but did not reach a settlement-in-principle;

11 WHEREAS, the parties are still actively engaged in settlement dicussions;

12 WHEREAS the parties believe they would benefit from an additional six-week
13 continuance of the Court's deadlines to focus their efforts and resources on negotiating a full and
14 final settlement;

15 NOW, THEREFORE, it is hereby stipulated and agreed that:

16 With permission of the Court: The status conference scheduled for August 3, 2015 shall
17 be rescheduled for September 14, 2015; the parties shall file a joint status report by August 31,
18 2015; the deadline for the parties to hold a Rule 26(f) conference shall be August 24, 2015; and
19 the deadline for the parties to exchange initial disclosures shall be September 7, 2014.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /

JOINT STIPULATION TO EXTEND DEADLINES
Case No. 2:14-CV-2085 GEB/KJN

Dated:  July 8, 2015                                KEKER & VAN NEST LLP

                                             By:   */s/ Stuart L. Gasner (with permission)*
                                                    STUART L. GASNER
                                                    ERIC H. MACMICHAEL
                                                    MATAN SHACHAM


                                                    GORDON & REES LLP
                                                    ROBERT P. ANDRIS
                                                    randris@gordonrees.com
                                                    MICHAEL D. KANACH
                                                    mkanach@gordonrees.com
                                                    275 Battery Street, Suite 2000
                                                    San Francisco, CA  94111
                                                    Telephone:     415 986 5900
                                                    Facsimile:      415 986 8054

                                                    Attorneys for Defendants
                                                    SYNGEN, INC., PHC MEDICAL, INC.
                                                    PHILIP COELHO, TERRENCE WOLF,
                                                    and PRINCE EMMANUEL

Dated:  July 8, 2015                                KNOBBE MARTENS LLP


                                             By:   */s/ Ali S. Razai*
                                                    ALI RAZAI

                                                    Attorneys for Plaintiff
                                                    CESCA THERAPEUTICS INC

The pretrial scheduling conference is continued to October 26, 2015, at 9:00 a.m.  A joint Status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated:  July 8, 2015


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge