UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CESCA THERAPEUTICS INC.,

                    Plaintiff,

        v.

SYNGEN, INC.; PHC MEDICAL,
INC.; PHILIP COELHO; and DOES
1-10, inclusive,

                    Defendants.

No. 2:14-cv-02085-GEB-KJN

**ORDER DENYING DEFENDANTS' EX
PARTE APPLICATION TO SHORTEN
TIME**

        On October 13, 2015, Defendants filed an ex parte application for an order shortening time ("OST") seeking "to expedite the briefing and hearing schedule" on their motion to stay pending appeal of the October 8, 2015 order denying Defendants' motion to compel arbitration. (Defs.' Appl. OST 1:2-5, ECF No. 50.)

        Defendants have not "show[n] a satisfactory explanation for the need for the issuance of such an order." E.D. Cal. R. 144(e). Absent a sufficient showing concerning "the circumstances claimed to justify the issuance of an order shortening time," the prescribed manner for handling law and motion should not be disregarded. Id. Further, Defendants have not provided "a satisfactory explanation [concerning] . . . the[ir] failure . . . to obtain a stipulation for the issuance of such an order." Id.

1

1    For the stated reasons, Defendants' request for an OST

2  is DENIED. Further, the October 26, 2015 hearing on Defendants'

3  motion to stay is vacated.

4  Dated:  October 14, 2015

5

6  _____

7  GARLAND E. BURRELL, JR.
   Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2