UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESCA THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNGEN, INC., PHC MEDICAL, INC., AND PHILIP COELHO, <br><br> Defendants. | No. 2:14-cv-02085-GEB-KJN <br><br> **ORDER CONTINUING STATUS CONFERENCE AND DEEMING MOTION TO STAY WITHDRAWN** |

The parties filed a "Joint Stipulation to Stay Pending Final Settlement" on December 18, 2015, in which they state in relevant part:

> On December 14, 2015, the Parties executed a non-binding term sheet ("Term Sheet") to amicably resolve the Parties' dispute. Pursuant to the Term Sheet, the parties must execute a definitive written agreement consistent with the terms of the Term Sheet within 60 days, i.e., February 12, 2016, otherwise the Term Sheet will be null and void. The Parties respectfully request that the Court stay all dates in this matter until February 19, 2016, to afford the Parties the opportunity to formalize and execute a final settlement agreement and file a Joint Motion to Dismiss in connection with this matter.

(Joint Stipulation 2:5-11, ECF No. 62.)

Accordingly, the Status Conference scheduled for hearing on January 19, 2016, is continued to commence at 9:00 a.m. on March 14, 2016, in the event this action is not

1

dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

Further, in light of the parties' Term Sheet, the pending motion to stay pending appeal, (ECF No. 49), is deemed withdrawn.

IT IS SO ORDERED.

Dated: January 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge