| | |
|---|---|
| Steven J. Nataupsky (SBN. 155,913) <br> steven.nataupsky@knobbe.com <br> Michael K. Friedland (SBN 157,217) <br> michael.friedland@knobbe.com <br> Ali S. Razai (SBN 246,922) <br> ali.razai@knobbe.com <br> Jenna C. Kelleher (SBN 294,034) <br> jenna.kelleher@knobbe.com <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 2040 Main Street <br> Fourteenth Floor <br> Irvine, CA 92614 <br> Phone: (949)760-0404 <br> Facsimile: (949)760-9502 <br><br> Attorneys for Plaintiff, <br> CESCA THERAPEUTICS INC. | KEKER & VAN NEST LLP <br> STUART L. GASNER - # 164675 <br> sgasner@kvn.com <br> ERIC H. MACMICHAEL - #231697 <br> emacmichael@kvn.com <br> MATAN SHACHAM - # 262348 <br> mshacham@kvn.com <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone: 415 391 5400 <br> Facsimile: 415 397 7188 <br><br> GORDON & REES LLP <br> ROBERT P. ANDRIS - # 130290 <br> randris@gordonrees.com <br> MICHAEL D. KANACH - # 271215 <br> mkanach@gordonrees.com <br> 275 Battery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: 415 986 5900 <br> Facsimile: 415 986 8054 <br><br> Attorneys for Defendants <br> SYNGEN, INC., PHC MEDICAL, INC. and <br> PHILIP COELHO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNGEN INC., a California Corporation, PHC MEDICAL INC., a California Corporation, PHILIP COELHO, an individual, and DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No. 2:14-cv-02085-TLN/KJN <br><br> **STIPULATION AND ORDER TO EXTEND PAGE LIMIT FOR REPLY BRIEF** |

Defendants' will be filing on June 9, 2016 a reply brief in support of their Motion to Stay.  The Court's standing order provides that reply briefs shall not exceed 10 pages, and that a party wishing to file a lengthier document may seek an extension of that page limitation from the Court.  Defendants respectfully request a 5-page extension for their reply brief.  Defendants believe that these additional 5 pages are necessary to fully address the issues and will assist the Court in deciding this motion.  Plaintiff does not oppose Defendants' request and has agreed to stipulate to the 5-page extension for this reply brief.  Thus, with the Court's permission, Defendants will file a reply in support of their Motion to Stay that shall not exceed 15 pages.

Dated: June 9, 2016

By: *s/ Eric MacMichael*
Stuart L. Gasner
Eric H. Macmichael
Matan Shacham

GORDON & REES LLP
Robert P. Andris
Michael D. Kanach

Attorneys for Defendants
Syngen, Inc., PHC Medical, Inc. and Philip Coelho

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 9, 2016

By: *s/ Ali S. Razai (with permission)*
Steven J. Nataupsky
Michael K. Friedland
Ali S. Razai
Jenna C. Kelleher

Attorneys for Plaintiff
Cesca Therapeutics Inc.

KEKER & VAN NEST LLP

**IT IS SO ORDERED.**

Dated: June 9, 2016

_____
Troy L. Nunley
United States District Judge

-1- Joint Stip.