Steven J. Nataupsky (SBN. 155,913)
steven.nataupsky@knobbe.com
Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Lauren Keller Katzenellenbogen (SBN 223,370)
lauren.katzenellenbogen@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949)760-0404
Facsimile: (949)760-9502

Attorneys for Plaintiff,
CESCA THERAPEUTICS INC.

KEKER & VAN NEST LLP
STUART L. GASNER - # 164675
sgasner@kvn.com
ERIC H. MACMICHAEL - #231697
emacmichael@kvn.com
MATAN SHACHAM - # 262348
mshacham@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

GORDON & REES LLP
ROBERT P. ANDRIS - # 130290
randris@gordonrees.com
MICHAEL D. KANACH - # 271215
mkanach@gordonrees.com
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415 986 5900
Facsimile: 415 986 8054

Attorneys for Defendants
SYNGEN INC., PHC MEDICAL, INC.
and PHILIP COELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC., <br><br> Plaintiff, <br><br> v. <br><br> SYNGEN INC., a California Corporation, PHC MEDICAL INC., a California Corporation, PHILIP COELHO, an individual, and DOES 1-10, INCLUSIVE, <br><br> Defendants. | Case No. 2:14-cv-02085-TLN-KJN <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES IN COURT'S OCTOBER 20, 2016 ORDER (DKT. NO. 90)** <br><br> **Dept:** Courtroom 25, 8th Floor <br> **Judge:** Hon. Kendall J. Newman <br><br> Complaint Filed: September 9, 2014 |

Plaintiff Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC Medical, Inc., and Philip Coelho ("Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Court's October 20, 2016 Order (Dkt. 90), the current deadline for Defendants to produce documents responsive to Plaintiff's Request for Production No. 27 is December 1, 2016, and the current deadline for Plaintiff to supplement its responses to Interrogatory Nos. 1, 2 and 7 is December 5, 2016;

WHEREAS, the parties have met-and-conferred and seek mutually to extend these two deadlines;

NOW, THEREFORE, it is hereby stipulated and agreed that Defendants' deadline to produce documents responsive to Plaintiff's Request for Production No. 27 and Plaintiff's deadline to supplement its responses to Interrogatory Nos. 1, 2 and 7 shall each be extended by fourteen days:

With permission of the Court:  Defendants' deadline to produce documents responsive to Plaintiff's Request for Production No. 27 in accordance with the Court's Order shall be extended to December 15, 2016, and Plaintiff's deadline to supplement its responses to Interrogatory Nos. 1, 2 and 7 in accordance with the Court's Order shall be extended to December 19, 2016.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 23, 2016         By:  */s/ Lauren Keller Katzenellenbogen*
                                      Steven J. Nataupsky
                                      Michael K. Friedland
                                      Lauren Keller Katzenellenbogen
                                      Ali S. Razai

                                      Attorneys for Plaintiff
                                      Cesca Therapeutics Inc.

|   |   |
|---|---|
|   | KEKER & VAN NEST LLP |
| Dated: November 23, 2016 | By: */s/ Matan Shacham* (as authorized on 11/21/16) |
|   | Stuart L. Gasner |
|   | Eric H. Macmichael |
|   | Matan Shacham |
|   |   |
|   | GORDON & REES LLP |
|   | Robert P. Andris |
|   | Michael D. Kanach |
|   |   |
|   | Attorneys for Defendants |
|   | Syngen Inc., PHC Medical, Inc. and |
|   | Philip Coelho |

**IT IS SO ORDERED.**

Dated: November 23, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

24669693

-2-   Stipulation to Extend Deadlines