IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC., | No. 2:14-cv-02085-TLN-KJN |
| Plaintiff, | **ORDER GRANTING JOINT REQUEST TO SEAL** |
| v. | |
| SYNGEN INC., a California Corporation, PHC MEDICAL INC., a California Corporation, PHILIP COELHO, an individual, and DOES 1-10, INCLUSIVE, | |
| Defendants. | |

1

IT IS HEREBY ORDERED that the Joint Request to Seal is GRANTED. Pursuant to Local Rule 141 for the United States District Court for the Eastern District of California, the following documents shall be filed under seal:

1. Portions of Plaintiff's Opposition to Defendants' Request for Reconsideration of Magistrate Judge's Ruling.

2. Exhibit A to the Declaration of Ali S. Razai, filed in support of the Plaintiff's Opposition to Defendants' Request for Reconsideration by the District Court of Magistrate Judge's Ruling (Cesca's Responses to Defendants' First Set of Interrogatories).

**IT IS SO ORDERED.**

Dated: December 5, 2016

Troy L. Nunley
United States District Judge