Bradley F. Rademaker (*pro hac vice*)
brademaker@nge.com
Tonya G. Newman (*pro hac vice*)
tnewman@nge.com
Thomas J. Campbell, Jr. (*pro hac vice*)
tcampbell@nge.com
NEAL, GERBER & EISENBERG, LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois  60602
Telephone:    (312) 269-8000
Facsimile:     (312) 269-1747

Monica S. Hans
mhans@delfinomadden.com
DELFINO MADDEN O'MALLEY
COYLE KOEWLER
500 Capitol Mall
Suite 1550
Sacramento, CA  95814
Telephone:    (916) 661-5700
Facsimile:     (916) 661-5701

Attorneys for Plaintiff
  CESCA THERAPEUTICS INC.,

Stuart L. Gasner (SBN 164675)
sgasner@kvn.com
Eric H. MacMichael (SBN 231697)
emacmichael@kvn.com
Matan Shacham (SBN 262348)
mshacham@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Phone: (415) 391-5400
Facsimile: (415) 397-7188

Robert P. Andris (SBN 130290)
randris@gordonrees.com
Michael D. Kanach (SBN 271215)
mkanach@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
SYNGEN INC., PHC MEDICAL, INC.
and
PHILIP COELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CESCA THERAPEUTICS INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNGEN INC., a California Corporation,<br>PHC MEDICAL INC., a California Corporation,<br>PHILIP COELHO, an individual, and<br>DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No. 2:14-cv-02085-TLN-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH DISCOVERY ORDER (ECF NO. 141)**<br><br>**Judge:**     Hon. Kendall J. Newman<br><br>**Complaint Filed:** September 9, 2014 |

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLY WITH DISCOVERY ORDER

*1*  Plaintiff, Cesca Therapeutics Inc. ("Cesca") and Defendants SynGen Inc., PHC
*2* Medical, Inc., and Philip Coelho (collectively, the "Defendants"), by and through their
*3* respective counsel, hereby stipulate as follows:
*4*  WHEREAS, on February 2, 2017, Defendants filed a Notice of Motion to compel
*5* Plaintiff to, among other things, produce further documents responsive to Defendants' request
*6* for production numbers 35, 36, 37, 39, 40, 42 and 43 (the "Motion").  *See* ECF 122.
*7*  WHEREAS, on February 16, 2017, the parties submitted their Joint Statement
*8* regarding the Motion.  *See* ECF 125.
*9*  WHEREAS, on March 6, 2017, after hearing the parties' arguments with respect to
*10* the Motion, this Court entered an Order granting the Motion with respect to Defendants'
*11* requests for production numbers 35, 36, 37, 39, 40, 42 and 43 (the "Requests").  *See* ECF 141
*12* at ¶ 1(e).  In particular, the Court ordered "Plaintiff's new counsel to conduct a search for any
*13* documents responsive to [the] requests that have not already been produced …, produce any
*14* such responsive documents subject to appropriate claims of privilege, and produce a
*15* declaration of plaintiff's new counsel certifying that all documents responsive to defendants'
*16* requests have been produced, describing the search efforts counsel has undertaken, and
*17* stating the basis for why any responsive documents are being withheld."  *Id*.
*18*  WHEREAS, counsel for Plaintiff has been diligently working to collect and review
*19* any documents responsive to the Requests that have not already been produced, and on April
*20* 5, 2017 will begin a rolling production of said documents responsive to all of the Requests.
*21*  WHEREAS, in connection with its efforts to conduct further searches designed to
*22* yield other potentially responsive documents not previously collected from Cesca, counsel for
*23* Plaintiff has encountered technical difficulties that have significantly delayed its efforts.
*24*  WHEREAS, as a result of the aforementioned difficulties, counsel for Plaintiff
*25* represent that they require an additional three weeks to complete Cesca's production of
*26* documents required by Paragraph 1(e) of the Court's March 6, 2017 Order.
*27*

1 WHEREAS, based on that representation, Defendants have agreed to provide Plaintiff a three-week extension to comply with Paragraph 1(e) of the Court's March 6, 2017 Order, in exchange for Plaintiff agreeing to the following terms, which are intended to ensure that discovery is not unnecessarily delayed and proceeds as quickly as possible: (1) Plaintiff will make Dr. Xu available for his deposition on either May 8 or May 9; (2) Plaintiff will make Mr. Stracey available for his deposition in May and will provide as soon as possible a firm deposition date in that month; and (3) with the understanding that Defendants also wish to take the depositions of Mr. Malone, Mr. Mau and Mr. Harris in May, counsel for Plaintiff will make every reasonable effort to secure deposition dates for these witnesses in May, and will provide firm deposition dates as soon as possible. Counsel for Plaintiff further represents that counsel has contacted and is continuing to contact the witnesses to secure deposition dates. Counsel for Plaintiff agrees to provide counsel for Defendants with an update on the progress of securing deposition dates on Friday, April 7, 2017, and in the event all dates described herein are not scheduled, to continue to provide regular updates thereafter.

THEREFORE, the Parties have agreed and stipulate that:

With the permission of the Court, Cesca shall have an additional 21 days, until and including April 26, 2017, to comply with Paragraph 1(e) of the Court's March 6, 2017 Order, in accordance with the terms set forth above.

Dated: April 5, 2017          NEAL, GERBER & EISENBERG LLP

                              By: */s/ Tonya G. Newman*
                                  BRADLEY F. RADEMAKER
                                  TONYA G. NEWMAN
                                  THOMAS J. CAMPBELL, JR.

                                  DELFINO MADDEN O'MALLEY COYLE KOEWLER
                                  MONICA S. HANS

                                  Attorneys for Plaintiff
                                  CESCA THERAPEUTICS INC.

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO COMPLY WITH DISCOVERY ORDER

Dated: April 5, 2017                                KEKER & VAN NEST LLP

By: */s/ Matan Shacham*
   STUART L. GASNER
   MATAN SHACHAM
   ERIC MACMICHAEL

Attorneys for Defendants
SYNGEN, INC., PHC MEDICAL, INC., and PHILIP COELHO

**IT IS SO ORDERED.**

Dated: April 6, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

029043.6000:26128364.1