UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESCA THERAPEUTICS INC., | No. 2:14-cv-02085-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| SYNGEN INC., a California Corporation, PHC MEDICAL INC., a California corporation, and PHILIP COELHO, | |
| Defendants. | |

The Court having considered Plaintiff's motion to dismiss with prejudice (ECF No. 153) submitted herein, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. This action is DISMISSED WITH PREJUDICE in its entirety as to all parties, including Defendants who were previously dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. Each party to bear its own costs and attorney's fees;

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED

Dated: July 13, 2017

_____
Troy L. Nunley
United States District Judge